### 31761. MOZLEY *v.* STATE.

MacIntyre, P. J. 1. The trial judge did not err in refusing to grant the defendant a change of venue either because there was a probability or danger of lynching or other violence or because an impartial jury could not be obtained in the county where the crime was committed.

2. The rulings in *Lucas* v. *State,* 74 *Ga. App.* 682 (41 S. E. 2d, 163), are controlling on the issues presented in the instant case.

*Judgment affirmed. Gardner and Townsend, JJ., concur.*

DECIDED SEPTEMBER 9, 1947.

*Daniel Duke,* for plaintiff in error.
*H. G. Vandiviere, Solicitor-General,* contra.